IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| BRIAN GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:15-cv-00044-CAR |
| | ) | |
| v. | ) | Judge Royal |
| | ) | |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, BRIAN GREEN, by and through his attorneys, FORTAS LAW GROUP, LLC., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice and without costs to any party.

1

          Respectfully submitted,
          **BRIAN GREEN**

       By: <u>  s/ Scott Fortas            </u>
          Attorney for Plaintiff

<u>Dated: August 20, 2015</u>

Scott Fortas (Bar No. 269980)
Fortas Law Group, LLC
1934-B N. Druid Hills Rd.
Atlanta GA 30319
Telephone:(404) 315-9936
Facsimile: (404) 636-5418
E-Mail: sfortas@fortaslaw.com